## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

IN RE:

JACQUELINE F. TULIP AND          Case No. 09-11049 - WCH
STEPHEN E. TULIP,                Chapter 13
    Debtors

## ORDER

Upon the motion of Wells Fargo Financial Massachusetts, Inc. (the "Lender"), for relief from the automatic stay to exercise its rights under its loan documents, including the power of sale contained in its mortgage on real estate and improvements owned by Jacqueline F. Tulip and Stephen E. Tulip, and located at 96 Old Colony Avenue, #331, East Taunton, MA, having come before the Court, and after due consideration by this Court, it is hereby

### ORDERED:

1. That the Motion of the Lender and the relief sought therein under 11 U.S.C. § 362(d) is granted pursuant to Federal and State law, with respect to the real estate and improvements identified as that certain parcel of land with all buildings and improvements thereon (the "Premises"), located at 96 Old Colony Avenue, #331, East Taunton, MA, and described in that certain mortgage recorded in the Bristol County (North District) Registry of Deeds, in Book 15830 at Page 249; and

2. That the Lender and/or its successors and/or assigns is specifically authorized to exercise its rights under its loan documents, pursuant to Federal and State law, including the power of sale contained in its mortgage and to exercise its summary process rights with respect to the Premises should the Lender, and/or its successors and/or assigns become the successful bidder at foreclosure.

ORDERED:

*[signature]*

William C. Hillman
United States Bankruptcy Court Judge

Dated: October 29, 2009

Presented By:

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell

Charles A. Lovell (BBO#556064)
2364 Post Road, Suite 100
Warwick, RI 02886
(401)681-1900/FAX(401)681-1910
cal@psh.com